

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

After this court granted Appellant's first, second, and third motions for extension of time to file the brief, we set Appellant's brief due on March 31, 2021. On that date, Appellant filed an unopposed fourth motion for an extension of time to file the brief until April 30, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on April 30, 2021. *See* TEX. R. APP. P. 38.6(d). Any further request for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court